**95–1306.** State ex rel. Karmasu v. Thompson. *Scioto County,* No. 94CA2260. This cause is pending before the court as an appeal from the Court of Appeals for Scioto County. It appears from the records of this court that appellant has not filed a merit brief, due August 14, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**95–1542.** Corradi v. Soclof. *Cuyahoga County,* No. 67586. On July 31, 1995, a notice of appeal and memorandum in support of jurisdiction, due July 20, 1995, were inadvertently filed by the Clerk's Office. Accordingly,

IT IS ORDERED by the court, *sua sponte,* effective August 17, 1995, that the notice of appeal and memorandum in support of jurisdiction be, and hereby are, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Tuesday, August 22, 1995*

## MOTION DOCKET

**95–1689.** State ex rel. Lewis v. Hamilton Cty. Bd. of Elections. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition regarding an expedited election matter. Upon consideration of the motion for leave to intervene by Secretary of State Bob Taft,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted and Secretary of State Bob Taft may file an answer, a motion to dismiss and/or a memorandum opposing granting the requested writs on or before August 23, 1995.

*Wednesday, August 23, 1995*

## MISCELLANEOUS DISMISSALS

**95–1133.** State v. Santiago. *Lorain County,* No. 94CA005975. This cause is pending before the court as a discretionary appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due August 18, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective August 22, 1995.

**95–1701.** State ex rel. Millstein v. Cuyahoga Cty. Court of Appeals. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

IT IS FURTHER ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.